UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

MAY 2 5 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 7:23-cr-0007-DCR

KEVIN D. CLAY and
WILLIAM C. HYLTON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 846

On or about April 17, 2023, and continuing through on or about April 25, 2023, in Johnson County, in the Eastern District of Kentucky, and elsewhere,

**KEVIN D. CLAY and
WILLIAM C. HYLTON**

did conspire together and with others to knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about April 17, 2023, in Johnson County, in the Eastern District of Kentucky,

**KEVIN D. CLAY and**
**WILLIAM C. HYLTON,**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 3
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about April 18, 2023, in Johnson County, in the Eastern District of Kentucky,

**KEVIN D. CLAY and**
**WILLIAM C. HYLTON,**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about April 24, 2023, in Johnson County, in the Eastern District of Kentucky,

**KEVIN D. CLAY**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about April 25, 2023, in Johnson County, in the Eastern District of Kentucky,

**KEVIN D. CLAY and**
**WILLIAM C. HYLTON,**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 18 U.S.C. § 924(c)(1)(A)

On or about April 25, 2023, in Johnson County, in the Eastern District of Kentucky,

**KEVIN D. CLAY**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 5, that is, possession with the intent to distribute fentanyl, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1.  By virtue of the commission of the felony offenses alleged in Counts 1 and 5 of the Indictment, **KEVIN D. CLAY** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the

violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **KEVIN D. CLAY** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 6 of the Indictment, **KEVIN D. CLAY** shall forfeit to the United States any and all firearms, magazines and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 924(c). Any and all interest that **KEVIN D. CLAY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
1. Pavona, .9mm, handgun, SN: MT40125 seized from Kevin D. Clay on or about April 25, 2023;
2. Hi-Point, .40 caliber, handgun, SN: X7263443 seized from Kevin D. Clay on or about April 25, 2023;
3. IJA & C WKS, .22 caliber, revolver, SN: M87979 seized from Kevin D. Clay on or about April 25, 2023;
4. All associated ammunition, magazines, and accessories.

A TRUE BILL

FOREPERSON

*/s/ Carlton S. Shier*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1-5:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 40 grams or more of a mixture of substance containing a detectable amount of fentanyl:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Drug Felony Conviction:**
> Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

### COUNT 6:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Forfeiture of listed items.